THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS RODRIGUEZ, Appellant. [917 NYS2d 917]—

Contrary to the defendant's contention, he knowingly, voluntarily, and intelligently waived his right to appeal (*see People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 257 [2006]). As a result, the defendant's challenge to the persistent violent felony offender statute (*see* Penal Law §§ 70.04, 70.08) is foreclosed from appellate review (*see People v Haynes*, 70 AD3d 718, 719 [2010]; *People v Lassiter*, 48 AD3d 700 [2008]). The defendant's valid waiver of his right to appeal also bars his challenge to his sentence as constituting cruel and unusual punishment (*see People v Vega*, 24 AD3d 1260 [2005]; *People v Santilli*, 16 AD3d 1056, 1057 [2005]; *People v Hidalgo*, 283 AD2d 154 [2001]; *People v Brathwaite*, 263 AD2d 89, 92 [2000]). Florio, J.P., Leventhal, Chambers and Hall, JJ., concur.